TODD M. NOONAN (SBN 172962)
todd.noonan@dlapiper.com
DAVID A. CHEIT (SBN 121379)
david.cheit@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Telephone:   916.930.3200
Facsimile:    916.930.3201

PATRICIA L. DODGE (*Pro Hac Vice* Application Pending)
ELAINA A. SMILEY  (*Pro Hac Vice* Application Pending)
MEYER, UNKOVIC & SCOTT LLP
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
(412) 456-2821 (Direct Dial)
(412) 456-2864 (Fax)

Attorneys for Defendants
SG ELLISON, PETER G. SHIMKUS, BRANDON M. STEIN, WILLIAM R. MCDERMOTT, CHRISTOPHER CZYZ, ALESHA KARLSSON, FIRST STREET DEVELOPMENT, LLC, and DAVID GRIEVE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMSTRONG DEVELOPMENT PROPERTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SG ELLISON, PETER G. SHIMKUS, BRANDON M. STEIN, WILLIAM R. MCDERMOTT, CHRISTOPHER CZYZ, ALESHA KARLSSON, FIRST STREET DEVELOPMENT, LLC, MARK MILLER, DAVID GRIEVE, and BRETT DEL VALLE,<br><br>Defendants. | Case No.  2:14-cv-00929-MCE-DAD<br><br>**ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom: 7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: November 1, 2013<br>FAC Filed:         December 20, 2014 |

Defendants SG Ellison, Peter G. Shimkus, Brandon M. Stein, William R. McDermott, Christopher Czyz, Alesha Karlsson, First Street Development, LLC ("First Street"), and David

-1-

1  Grieve (collectively, "Defendants"), having submitted their Request to Seal Documents pursuant
2  to Local Rule 141, and the Court having considered the Request, the Court hereby orders as
3  follows:
4      Exhibit A to the Declaration of Elaina A. Smiley filed on May 28, 2014 (the "Complaint
5  in Arbitration"), shall be filed under seal, and shall be maintained under seal until June 3, 2014,
6  unless otherwise ordered by this Court.
7      IT IS SO ORDERED.
8  Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT