Gregory G. Paul, Esq. (233060)
gregpaul@morgan-paul.com
MORGAN & PAUL, PLLC
131 A Stony Circle
Santa Rosa, CA 95401
Telephone:   (707) 200-4539
Facsimile:   (888) 822-9421

JAMES B. LIEBER (*Pro Hac Vice* Granted)
JLieber@LHHB-Law.com
Lieber Hammer Huber & Bennington, P.C.
5528 Walnut Street, Suite 2
Pittsburgh, PA 15232
Telephone:   (412) 687-2231
Facsimile:   (412) 687-3140

Attorneys for Plaintiff,
ARMSTRONG DEVELOPMENT PROPERTIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMSTRONG DEVELOPMENT PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SG ELLISON, PETER G. SHIMKUS, BRANDON M. STEIN, WILLIAM R. MCDERMOTT, CHRISTOPHER CZYZ, ALESHA KARLSSON, FIRST STREET DEVELOPMENT, LLC, MARK MILLER, DAVID GRIEVE, and BRETT DEL VALLE, <br><br> Defendants. | Case No.   2:14-cv-00929-MCE-DAD <br><br> Hon. Morrison C. England, Jr. <br><br> **ORDER ON PLAINTIFF'S REQUEST TO SEAL DOCUMENT (COMPLAINT IN ARBITRATION)** |

1  Armstrong Development Properties, Inc. ("Armstrong"), having submitted its Request to Seal Document pursuant to Local Rule 141, and the Court having considered the Request, the Court hereby orders as follows:

Exhibit A to Plaintiff's Request to Seal Document (Complaint in Arbitration) submitted on June 2, 2014 (the "Complaint in Arbitration"), shall be filed under seal, and shall be maintained under seal until this Court orders otherwise.

IT IS SO ORDERED.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

On June 2, 2014, I served true copies of the foregoing document by email and regular mail to all Parties in this matter through their counsel.

Dated:  June 2, 2014            **LIEBER HAMMER HUBER & BENNINGTON, P.C.**

By:    /s/James B. Lieber

James B. Lieber

Attorneys for Plaintiff, ARMSTRONG DEVELOPMENT PROPERTIES, INC.