UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARMSTRONG DEVELOPMENT PROPERTIES, INC., | No. 2:14-cv-00929-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SG ELLISON; et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Consent Motion to Stay Pending Arbitration (ECF No. 97), set for hearing on July 24, 2014, and Defendants' Motions to Dismiss (ECF Nos. 85, 89, 90), set for hearing on July 10, 2014.  Good cause having been shown, and upon the consent of the parties, Plaintiffs' Motion to Stay is GRANTED, and the July 24 hearing on the matter is VACATED.  This case is stayed pending resolution of the parties' arbitration proceedings.  Defendants' Motions to Dismiss are DENIED without prejudice to refiling once the stay is lifted, and the July 10 hearing on those motions is VACATED as well.

///

///

///

///

1  Not later than ninety (90) days following the date this Order is electronically filed,
2  the parties are directed to file a joint status report advising the Court of the status of
3  arbitration.
4  IT IS SO ORDERED.
5  Dated: June 30, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT