UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMSTRONG DEVELOPMENT PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SG ELLISON; et al., <br><br> Defendants. | No. 2:14-CV-00929-MCE-DAD <br><br> **ORDER** |

The Court is in receipt of the parties' Joint Status Report filed September 29, 2014 (ECF No. 105). Based on the parties' representations that they will participate in mediation within the next sixty (60) days prior to proceeding to arbitration, this case shall remain stayed.

///
///
///
///
///
///
///
///

1     Not later than ninety (90) days following the date this Order is electronically filed,
2 the parties are directed to file another Joint Status Report advising the Court of the
3 status of their arbitration proceedings.
4     IT IS SO ORDERED.
5 Dated:  October 14, 2014

          MORRISON C. ENGLAND, JR., CHIEF JUDGE
          UNITED STATES DISTRICT COURT