UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMSTRONG DEVELOPMENT PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SG ELLISON; et al., <br><br> Defendants. | No. 2:14-CV-00929-MCE-DAD <br><br> **ORDER** |

The Court is in receipt of Plaintiff's Joint Status Report submitted January 12, 2015 (ECF No. 107).  Good cause having been shown, and upon the request of the parties, this case shall remain STAYED.

///
///
///
///
///
///
///
///
///

1

Not later than ninety (90) days following the date this Order is electronically filed, the parties are directed to file a joint status report advising the Court of the status of arbitration.

    IT IS SO ORDERED.

Dated: February 2, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT