UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARMSTRONG DEVELOPMENT PROPERTIES, INC., | Case No.  2:14-cv-00929-MCE-DAD |
|---|---|
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **ORDER OF DISMISSAL** |
| SG ELLISON, PETER G. SHIMKUS, BRANDON M. STEIN, WILLIAM R. MCDERMOTT, CHRISTOPHER CZYZ, ALESHA KARLSSON, FIRST STREET DEVELOPMENT, LLC, MARK MILLER, DAVID GRIEVE, and BRETT DEL VALLE, | |
| Defendants. | |

In accordance with the "Stipulation for Dismissal -- By All Parties" filed on May 21, 2015 (ECF No. 115), and good causing appearing, it is hereby ORDERED that the above-captioned action be dismissed without prejudice, with each Party to bear his, her, or its own fees and costs.  The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT